LABOR RELATIONS COMMISSION *vs.* TOWN OF TOWNSEND & others. December 19, 1974. The appeal, not having been claimed within twenty days of the entry of the final decree in the Superior Court, must be dismissed. G. L. c. 214, § 19 (see now Rule 4 of Mass. R.A.P. 365 Mass. 846 [1974]). *Boston* v. *Santosuosso,* 308 Mass. 202, 209-210 (1941). We consider it appropriate to add, on the basis of our study of the record and the briefs, that were we to have decided the case upon its merits, our conclusion would not have differed from that of the trial judge.

*So ordered.*

*J. Joseph Lydon,* Town Counsel, for the town of Townsend & others.
*Robert B. McCormack* for the Labor Relations Commission.
*Robert J. Canavan* for the interveners.